FILED'09 MAR 19 17:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANINE CONNORS,

        Plaintiff,             CV 07-1430-CL

  v.                           **ORDER**

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court.  See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Although no
objections have been timely filed, this court reviews legal
principles *de novo*.  See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).  I find no error.  Accordingly, I
ADOPT the Report and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

    Magistrate Judge Clarke's Report and Recommendation (#21) is
adopted.  The decision of the Commissioner is reversed and the

matter is remanded pursuant to sentence four of 42 U.S.C. §
405(g) for further administrative proceedings consistent with the
Report and Recommendation.  The Administrative Law Judge must
either accept or properly reject Dr. Westfall's opinion regarding
plaintiff's limitation to occasional reaching; clarify the RFC
determination and provide an accurate hypothetical to the
vocational expert; and make a determination on plaintiff's
disability application according to the new evidence.

    IT IS SO ORDERED.

    DATED this __19__ day of March, 2009.

                        OWEN M. PANNER
                        U.S. DISTRICT JUDGE

2 - ORDER