FILED'09 JUL 13 14:12 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANINE CONNORS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Commission,

    Defendant.

Civil No. 07-1430-CL

**ORDER**

Based on Plaintiff's unopposed application for fees, it is hereby ORDERED that the fees in the amount of **$6,833.71** be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 et. seq., as amended.

Dated this ___ day of July 2009.

OWEN M. PANNER

United States District Judge